**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
j.smerber@bsnv.law
Attorneys for Defendant,
CORNER INVESTMENT COMPANY, LLC
d/b/a THE CROMWELL LAS VEGAS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FERNANDO GARCIA,

     Plaintiff,

v.

CORNER INVESTMENT COMPANY, LLC
D/B/A THE CROMWELL LAS VEGAS
AND DOES I-XX,

     Defendants.

CASE NO.: 2:22-cv-01960-MMD-VCF

### ORDER GRANTING DEFENDANT, CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS' MOTION FOR GOOD FAITH SETTLEMENT

Defendant, Corner Investment Company, LLC d/b/a The Cromwell Las Vegas'

unopposed Motion for Good Faith Settlement (ECF No. 14) having been received and reviewed

by the Court; and that the Court agrees with Defendant, Corner Investment Company, LLC dba

The Cromwell Las Vegas and orders as follows:

///

///

///

///

///

///

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

**IT IS HEREBY ORDERED** that its settlement with Plaintiff amounts to a "good faith"

settlement under NRS 17.245 and therefore grants Defendant's motion for good faith settlement

(ECF No. [14]).

DATED this 25th day of January, 2023.      DATED this 25th day of January, 2023.

| **BRANDON | SMERBER LAW FIRM** | **NERSESIAN & SANKIEWICZ** |
|---|---|
| /s/ *Justin W. Smerber, Esq.* | /s/ *Robert A. Nersesian, Esq.* |
| **JUSTIN W. SMERBER, ESQ.** | **ROBERT A. NERSESIAN, ESQ.** |
| Nevada Bar No. 10761 | Nevada Bar No. 2762 |
| 139 East Warm Springs | **THEA MARIE SANKIEWICZ, ESQ.** |
| Las Vegas, Nevada 89119 | Nevada Bar No. 2788 |
| Attorneys for Defendant, | 528 South Eighth Street |
| CORNER INVESTMENT COMPANY, | Las Vegas, NV 89101 |
| LLC d/b/a THE CROMWELL LAS | Attorneys for Plaintiff, |
| VEGAS | FERNANDO GARCIA |

**MARQUIS AURBACH**

/s/ *Jackie V. Nichols, Esq.*
**JACKIE V. NICHOLS, ESQ.**
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant,
J. ADAMS

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ____January 26, 2023____

BRANDON | SMERBER
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964