**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
j.smerber@bsnv.law
Attorneys for Defendant,
CORNER INVESTMENT COMPANY, LLC
d/b/a THE CROMWELL LAS VEGAS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GARCIA,<br><br>      Plaintiff,<br>v.<br><br>CORNER INVESTMENT COMPANY, LLC D/B/A THE CROMWELL LAS VEGAS J. Adams (P# 17155), AND DOES I-XX,<br><br>      Defendants. | CASE NO.: 2:22-cv-01960-MMD-VCF |

### STIPULATION AND ORDER TO DISMISS DEFENDANT, CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS WITH PREJUDICE, LEAVING ALL REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by JUSTIN W. SMERBER, ESQ. of BRANDON SMERBER LAW FIRM on behalf of Defendant, CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS and Plaintiff, FERNANDO GARCIA by and through ROBERT A. NERSESIAN, ESQ. of NERSESIAN & SANKIEWICZ, and Defendant, J. ADAMS (P# 17155) by and through CRAIG R. ANDERSON, ESQ. and JACKIE NICHOLS, ESQ. of MARQUIS AURBACH COFFING, as follows: That Defendant, CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS be dismissed, with prejudice from the above entitled matter, leaving all remaining parties, with the only condition

being that as between Plaintiff and Defendant, CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS, that each party bear their own fees and costs.

DATED this 20th day of March, 2023.    DATED this 20th day of March, 2023.

| **BRANDON | SMERBER LAW FIRM** | **NERSESIAN & SANKIEWICZ** |
|---|---|

/s/ *Justin W. Smerber, Esq.*   /s/ *Robert A. Nersesian, Esq.*
**JUSTIN W. SMERBER, ESQ.**   **ROBERT A. NERSESIAN, ESQ.**
Nevada Bar No. 10761   Nevada Bar No. 2762
139 East Warm Springs   **THEA MARIE SANKIEWICZ, ESQ.**
Las Vegas, Nevada 89119   Nevada Bar No. 2788
Attorneys for Defendant,   528 South Eighth Street
CORNER INVESTMENT COMPANY,   Las Vegas, NV 89101
LLC d/b/a THE CROMWELL LAS   Attorneys for Plaintiff,
VEGAS   FERNANDO GARCIA

**MARQUIS AURBACH**

/s/ Jackie V. Nichols, Esq.
**JACKIE V. NICHOLS, ESQ.**
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant,
J. ADAMS

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2023