**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
j.smerber@bsnv.law
Attorneys for Defendant,
CORNER INVESTMENT COMPANY, LLC
d/b/a THE CROMWELL LAS VEGAS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FERNANDO GARCIA,

     Plaintiff,

v.

CORNER INVESTMENT COMPANY, LLC
D/B/A THE CROMWELL LAS VEGAS
AND DOES I-XX,

     Defendants.

CASE NO.: 2:22-cv-01960-MMD-VCF

## MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER

Pursuant to LR IA 11.6(e), of BRANDON SMERBER LAW FIRM, hereby moves this

Court for an Order removing attorney JUSTIN W. SMERBER, ESQ., e-mail address:

j.smerber@bsnv.law, from all service lists, including the court's electronic notification list, in the

///

///

///

///

///

///

*[Left margin vertical text:]* BRANDON | SMERBER LAW FIRM   139 E. WARM SPRINGS RD.   LAS VEGAS, NEVADA 89119   T: 702.380.0007 | F: 702.380.2964

above-captioned case, as Defendant was dismissed from this matter on March 20, 2023 (See Doc# 35).

DATED this 21st day of March, 2023.

BRANDON | SMERBER LAW FIRM

/s/ *Justin W. Smerber, Esq.*
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
139 East Warm Springs
Las Vegas, Nevada 89119
Attorneys for Defendant,
CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL LAS VEGAS

**ORDER**

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED** this _28th_ day of March, 2023.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 22nd day of March, 2023, I served the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** via the Court's CM/ECF service systems to all parties on the current service list:

**ROBERT A. NERSESIAN, ESQ.**
Nevada Bar No. 2762
**THEA MARIE SANKIEWICZ, ESQ.**
Nevada Bar No. 2788
**NERSESIAN & SANKIEWICZ**
528 South Eighth Street
Las Vegas, NV 89101
(702) 385-5454
Facsimile (702) 385-7667
vegaslegal@aol.com
Attorneys for Plaintiff,
FERNANDO GARCIA

**JACKIE V. NICHOLS, ESQ.**
Nevada Bar No. 14246
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant,
J. Adams

_____/s/ Angelina Martinez_____
An Employee of BRANDON | SMERBER LAW FIRM