**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Jacob Adams and Miguel Jahuey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Garcia, | Case Number: 2:22-cv-01960-MMD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Corner Investment Company, LLC d/b/a The Cromwell Las Vegas, Jacob Adams, Miguel Jahuey, the Las Vegas Metropolitan Police Department, a municipality, and Does I-XX, | **(FIRST REQUEST)** |
| Defendants. | |

The Parties, Plaintiff Fernando Garcia ("Plaintiff"), by and through their attorneys of record, Robert A. Nersesian, Esq. and Thea Marie Sankiewicz, Esq., with the law firm of Nersesian & Sankiewicz and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Officer Jacob Adams ("Adams") and Officer Miguel Jahuey ("Jahuey") (collectively "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.      This request for an extension of time to file dispositive motions is not sought for an improper purpose or other purpose of delay.  The parties are requesting a 14-day extension of the dispositive motion deadline.  Additionally, counsel for LVMPD Defendants has had several depositions in the Kelly Patterson v. Las Vegas Metropolitan Police Department, et al, United States District Court, District of Nevada, Case No. 2:23-cv-00539-

MAC:14687-343 5285875_1 11/13/2023 1:19 PM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

RFB-DJA and B.H., et al. v. CCSD, et al., United States District Court, District of Nevada,

Case No. 2:23-cv-00564-JCM-DJA, throughout the month of November.  This is the first

request for extension of time in this matter.  The parties respectfully submit that the reasons

set forth above constitute compelling reasons for the modest extension.

2.      The Parties further agree, the dispositive motion deadline currently set for

November 13, 2023 shall be extended to Monday, November 27, 2023.

3.      WHEREFORE, the parties respectfully request that the Dispositive Motion

be extended to and including Monday, November 27, 2023.

4.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 13th day of November, 2023.          Dated this 13th day of November, 2023.

NERSESIAN & SANKIEWICZ                      MARQUIS AURBACH

By: ___/s/ Robert A. Nersesian_____          By: ___/s/ Jackie V. Nichols_____
    Robert A. Nersesian, Esq.                      Craig R. Anderson, Esq.
    Nevada Bar No. 2762                           Nevada Bar No. 6882
    Thea Marie Sankiewicz, Esq.                  Jackie V. Nichols, Esq.
    Nevada Bar No. 2788                           Nevada Bar No. 14246
    528 S. Eighth Street                          10001 Park Run Drive
    Las Vegas, Nevada 89101                       Las Vegas, Nevada 89145
    Attorneys for Plaintiff Fernando Garcia       Attorneys for Defendants Las Vegas
                                                  Metropolitan Police Department, Jacob
                                                  Adams and Miguel Jahuey

**<u>ORDER</u>**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____

United States ~~District Court~~ Magistrate Judge

DATED: ____11-13-2023_____

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the <u>13th</u> day of November, 2023.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-343 5285875_1 11/13/2023 1:19 PM