**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan
    Police Department, Jacob Adams and Miguel Jahuey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Garcia,<br><br>                Plaintiff,<br><br>vs.<br><br>Corner Investment Company, LLC d/b/a The Cromwell Las Vegas, Jacob Adams, Miguel Jahuey, the Las Vegas Metropolitan Police Department, a municipality, and Does I-XX,<br><br>                Defendants. | Case Number:<br>2:22-cv-01960-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S AND LVMPD DEFENDANTS' REPONSES TO MOTION FOR SUMMARY JUDGMENT DEADLINE**<br><br>**(FIRST REQUEST)** |

       The Parties, Plaintiff Fernando Garcia ("Plaintiff"), by and through their attorneys of record, Robert A. Nersesian, Esq. and Thea Marie Sankiewicz, Esq., with the law firm of Nersesian & Sankiewicz and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Officer Jacob Adams ("Adams") and Officer Miguel Jahuey ("Jahuey") (collectively "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following:

       1.     This request for an extension of time is not sought for an improper purpose or other purpose of delay. Due to the holidays and schedules of counsel, the Parties are seeking an extension of the response deadlines to competing motions for summary judgment. This is the first request for extension of time in this matter. The parties

1  respectfully submit that the reasons set forth above constitute compelling reasons for the
2  modest extension.
3      2.    The Parties further agree, LVMPD Defendants' Response to Plaintiff's
4  Motion for Partial Summary Judgment Establishing Liability [ECF No. 55] deadline
5  currently set for December 13, 2023 shall be extended to Wednesday, December 27, 2023.
6      3.    The Parties further agree, Plaintiff's Opposition to LVMPD Defendants'
7  Motion for Summary Judgment [ECF No. 57] deadline currently set for December 18, 2023
8  shall be extended to Tuesday, January 2, 2024.
9      4.    WHEREFORE, the parties respectfully request that LVMPD Defendants'
10 Opposition to Plaintiff's Motion for Partial Summary Judgment Establishing Liability [ECF
11 No. 55] be extended to and including Wednesday, December 27, 2023 and Plaintiff's
12 Opposition to LVMPD Defendants' Motion for Summary Judgment [ECF No. 57] be
13 extended to and including Tuesday, January 2, 2024.
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:14687-343 5316383_1 12/12/2023 2:18 PM

5. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 12th day of December, 2023.          Dated this 12th day of December, 2023.

NERSESIAN & SANKIEWICZ                          MARQUIS AURBACH

By: /s/ Robert A. Nersesian                     By: /s/ Jackie V. Nichols
    Robert A. Nersesian, Esq.                      Craig R. Anderson, Esq.
    Nevada Bar No. 2762                            Nevada Bar No. 6882
    Thea Marie Sankiewicz, Esq.                    Jackie V. Nichols, Esq.
    Nevada Bar No. 2788                            Nevada Bar No. 14246
    528 S. Eighth Street                           10001 Park Run Drive
    Las Vegas, Nevada 89101                        Las Vegas, Nevada 89145
    Attorneys for Plaintiff Fernando Garcia        Attorneys for Defendants Las Vegas
                                                   Metropolitan Police Department, Jacob
                                                   Adams and Miguel Jahuey

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: December 12, 2023
_____

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S AND LVMPD DEFENDANTS' REPONSES TO MOTION FOR SUMMARY JUDGMENT DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of December, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach