Robert A. Nersesian
Nevada Bar No. 2762
NERSESIAN & SANKIEWICZ
528 S. Eighth Street
Las Vegas, Nevada  89101
Telephone:  702-385-5454
vegaslegal@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**FERNANDO GARCIA**,

Plaintiff,

**JACOB ADAMS**, *et al*,

Defendants.

Case No. 2:22-CV-01960-MMD-MDC

**STIPULATION AND ORDER TO EXTEND THE PLAINTIFF'S AND DEFENDANTS' DEADLINE TO FILE A REPLY TO OPPOSITION TO SUMMARY JUDGMENT MOTION**

**(FIRST REQUEST)**

The Parties, Plaintiff Fernando Garcia ("Plaintiff"), by and through their attorneys of record, Robert A. Nersesian, Esq., and Thea Marie Sankiewicz, Esq., with the law firm of Nersesian & Sankiewicz and Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Officer Jacob Adams ("Adams") and Officer Miguel Jahuey ("Jahuey") (collectively "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.  Plaintiff's Reply to LVMPD Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment Establishing Liability [ECF No. 63] deadline currently set for January 17, 2024, shall be extended to Wednesday, January 24, 2024.

2.  Defendant's Reply to Plaintiff's Opposition to LVMPD Defendants' Motion for

**Nersesian & Sankiewicz**
528 SOUTH EIGHTH STREET
LAS VEGAS NEVADA 89101

1

Summary Judgment [ECF No. 65] deadline currently set for January 24, 2024, shall be extended to Wednesday, January 30, 2024.

    3.   This extension is not sought for purposes of delay.

    4.   The need for the extension arose when Plaintiff's counsel recently discovered that the date for filing the Reply was inadvertently miscalendared within Plaintiff's attorney's office due to the cross motion and the extension will provide for a more appropriate and thorough reply for the Court's consideration and all parties concerned.

IT IS SO STIPULATED.

Dated this 16th day of January, 2024.

**NERSESIAN & SANKIEWICZ**

/s/ *Robert A. Nersesian*
Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
Nevada Bar No. 2788
528 S. Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff Fernando Garcia

Dated this 16th day of January, 2024.

**MARQUIS AURBACH**

/s/ *Jackie V. Nichols*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas
Metropolitan Police Department, Jacob
Adams and Miguel Jahuey

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____January 16, 2024_____

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(B), I hereby certify that on the 16th day of January, 2024, I caused the foregoing **STIPULATION AND ORDER TO EXTEND THE PLAINTIFF'S AND DEFENDANTS' DEADLINE TO FILE A REPLY TO OPPOSITION TO SUMMARY JUDGMENT MOTION (FIRST REQUEST)** be served via CM/ECF to the following:

Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
Marquis Aurbach
1000l Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Jacob Adams and Miguel Jahuey*

                                            _/s/ *Rachel Stein*_
                                  An Employee of Nersesian & Sankiewicz